```
                                                    FILED
                                              U.S. DISTRICT COURT
                                          EASTERN DISTRICT ARKANSAS

                                                  JUN 13 2023
             UNITED STATES DISTRICT COURT     TAMMY H. DOWNS, CLERK
             EASTERN DISTRICT OF ARKANSAS   By:_____
                                                              DEP CLERK
```

LAKENDRA SAMON THOMAS,
     PETITIONER

vs.                                   CASE NO. 3:20-CR-00005-BSM
                                                                 23-2316

UNITED STATES OF AMERICA,
     RESPONDENT

## ADDITIONAL INFORMATION FOR COURT OF APPEALS

    COMES NOW, PETITIONER, LAKENDRA SAMONE THOMAS, Pro Se, requesting that the U.S. District Court transmit additional information to the U.S. Court of Appeals for the Eighth Circuit. The information pertains to the aformentioned case numbers. See Exhibit-A.

Respectfully Submitted,

*Lakendra Thomas*
LAKENDRA SAMON THOMAS

CERTIFICATE OF SERVICE

I LAKENDRA SAMON THOMAS, hereby declare under penalty of perjury that the foregoing information is true and correct. This information is to be delivered to the Clerk of the Court, U.S. District Court, Eastern District of Arkansas, by the U.S Postal Service.

Date: June 7, 2023.

*Lakendra Thomas*
LAKENDRA SAMON THOMAS

# Exhibit-A



**Message 1:**
I will call you today come down. There or a zoom was going to take place.

**Message 2:**
I need to change my address and my third party custodian.

Elisa Thompson
1001 N Patrick Apt D3
Jonesboro, AR 72401

**Message 3:**
Good morning this is Karman, Lakendra's sister I'm reaching out to your personal number because myself as well as she has been trying to contact your office with no success. She wants to file for an appeal and would like you to come visit her at the jail.

**Message 4:**
Hey. There is really nothing to appeal. She got the minimum possible sentence. She has 10 days from the entry of the judgment in which to file a notice of appeal. The judgment was file on Aug 30 so 10 days will be by September 9. The notice is simple to file. Then a brief would need to be filed.