# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 23-2316

_____

Lakendra Samon Thomas

Petitioner - Appellant

v.

United States of America

Respondent - Appellee

3:20-cr-00005-02-BSM

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Northern
(3:23-cv-00067-BSM)

_____

**JUDGMENT**

Before SHEPHERD, STRAS, and KOBES, Circuit Judges.

    This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

July 06, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans

# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 06, 2023

Ms. Lakendra Samon Thomas
FEDERAL CORRECTIONAL INSTITUTION
33168-009
P.O. Box 5000
Pekin, IL  61555-5000

      RE:  23-2316  Lakendra Thomas v. United States

Dear Ms. Thomas:

      Enclosed is a copy of the dispositive order entered today in the referenced case.

      Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing <u>must</u> be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

      Michael E. Gans
      Clerk of Court

BNW

Enclosure(s)

cc:    Ms.  Clerk, U.S. District Court, Eastern District of Arkansas
       Mr. Bart Dickinson
       Ms. Erin O'Leary

      District Court/Agency Case Number(s):   3:23-cv-00067-BSM

# Forrest Dunn

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Thursday, July 6, 2023 3:59 PM |
| **Subject:** | 23-2316 Lakendra Thomas v. United States "judgment filed sua sponte coa denied" (3:23-cv-00067-BSM, Lead: 3:20-cr-00005-BSM-2) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/06/2023

**Case Name:**   Lakendra Thomas v. United States
**Case Number:**   23-2316
**Document(s):**   Document(s)

**Docket Text:**
**JUDGMENT FILED -** Application for Certificate of Appealability is denied. BOBBY E. SHEPHERD, DAVID R. STRAS and JONATHAN A. KOBES Adp July 2023 [5293317] [23-2316] (Britny Williams)

**Notice will be electronically mailed to:**

Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Bart Dickinson, Assistant U.S. Attorney: bart.dickinson@usdoj.gov, corey.taylor@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Ms. Erin O'Leary, Assistant U.S. Attorney: Erin.O'Leary@usdoj.gov, caseview.ecf@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov

**Notice will be mailed to:**

Ms. Lakendra Samon Thomas
33168-009
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 5000
Pekin, IL 61555-5000

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:** /opt/ACECF/live/forms/BritnyWilliams_232316_5293317_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1105112566 [Date=07/06/2023] [FileNumber=5293317-0]
[b1f7869d326584cd8be7f21730cb03dd4042da8989814d556435cbe6738188ec36bf2104c1253e181c8532ff6c7a29be31e
b610e83313d85713dbea1dffc2a74]]

**Recipients:**

- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Mr. Bart Dickinson, Assistant U.S. Attorney
- Ms. Erin O'Leary, Assistant U.S. Attorney
- Ms. Lakendra Samon Thomas

**Document Description:** Judgment: Judge Directed
**Original Filename:** /opt/ACECF/live/forms/BritnyWilliams_232316_5293317_JudgmentsJudgeDirected_127.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/06/2023] [FileNumber=5293317-1]
[2d7c4b97e2142dd3c7c7d660c9b85bdd14869dd08488abff357dde06307cc6e681e551c11fa1235c1f0256fba6716467724
77d059389d824367ce0dbfe9b33c0]]

**Recipients:**

- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Mr. Bart Dickinson, Assistant U.S. Attorney
- Ms. Erin O'Leary, Assistant U.S. Attorney
- Ms. Lakendra Samon Thomas

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5293317
**RELIEF(S) DOCKETED:**
  coa denied
**DOCKET PART(S) ADDED:** 7310671, 7310672, 7310673