U.S. District court of Eastern Arkansas
600 W. Capitol Ave. Suite A-149
Little Rock, AR 72201

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 11 2024
TAMMY H. DOWNS, CLERK
By: DEP CLERK

Re: 3:20-CR-00005-BSM-2

Dear Honorable Judge Brian S. Miller,

I believe that I meet all criteria for the 821 amendment specifically the zero-point offenders section. Is it possible that the courts can send me the correct paper work needed to file for it or can this be my motion.

Lakendra Thomas
33168-009