**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**v.**                              **CASE NO. 3:20-CR-00005-BSM**

**LAKENDRA SAMON THOMAS**                                          **DEFENDANT**

## ORDER

Lakendra Thomas's pro se motion to reduce her sentence [Doc. No. 325] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not change her sentence. This is true because Thomas was sentenced to the statutory minimum of 120 months. *See* U.S.S.G. § 1B1.10(b)(2)(A).

IT IS SO ORDERED this 1st day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE